UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

M[REDACTED]

   Plaintiff

   v.

TOBY SHELLEY, SHERIFF, ONONDAGA COUNTY
WILLIAM (BILL) FITZPATRICK, DISTRICT ATTORNEY, ONONDAGA COUNTY
MARK A. ROTHSCHILD, MANLIUS TOWN JUSTICE
WELLPATH, (ONONDAGA COUNTY JAIL MEDICAL PROVIDER)
JOHN DOE, ONONDAGA COUNTY JAIL CHIEF DEPUTY

① THE legal BASIS For this Claim: Violation of my 4TH, 5TH, and 8TH Amendments to the United States Constitution

② Plaintiffs Information:
[REDACTED]
#88062700
ONONDAGA COUNTY JUSTICE CENTER JAIL
555 South State Street
Syracuse, New York 13202

③ PRISONER STATUS: I was Convicted by Jury Trial on February 2, 2023 In the village/Town of Manlius, New York, Onondaga County. But, HAVE NOT Been Sentenced yet.

(4.) Defendant(s) Information:

1.) Toby Shelley, Sheriff, Onondaga County
500 South State St
Syracuse, NY 13202

2.) William (Bill) Fitzpatrick, District Attorney, Onondaga County.
505 South State St.
Syracuse, NY 13202

3.) Mark A. Rothschild, Manlius Town Justice

Manlius, New York

4.) WellPath, Medical Provider, Onondaga County Jail
555 South State Street
Syracuse, New York 13202

5.) John Doe, Chief Jail Deputy
555 South State St.
Syracuse, NY 13202

(5.) Statement of Claim:

I was arrested on February 6th on a warrant issued by Judge Rothschild, the Manlius Town Judge, and held without bail in the Onondaga County Justice Center Jail.

During intake I informed the nursing staff that I am HIV positive and needed to take my Genvoya every day, to maintain my levels. As I had been undetectable at my last blood test. The nurse asked me the name of the pharmacy I get my

pg #3

medications from, at which time I informed her that I got all my prescriptions filled at the Rite Aid Pharmacy on Butternut.

After being arraigned and ordered held without bail per Judge Rothschild, I wrote several Requests and Grievance Forms complaining of and notifying staff that I have not been given my antiretroviral medication and was fearful my levels had begun to drop.

Sometime later, I was taken up to medical where they took some blood samples. A week later I was again brought up to medical and blood samples were taken. The nurse at that time (the one taking my blood) stated that she needed to re-test me because the other blood sample had not been acceptable by the blood testing company because it (the blood) had not been frozen when they received it, and so was no good.

When I still had not been given my antiretroviral medications I communicated this fact and my fear to Rev. Derek Calloway and Rev. Beth DuBois. Rev. DuBois contacted Jail Ministry, who came to see me face to face and inquired about my health and whether or not I'd started receiving

pg#4

MEDICATION YET?

On 2/28 I received a note from Beth at Jail Ministry stating that she had infact contacted "Medical" on my behalf regarding my HIV medications.

During the week of March 14, 2023. I noticed several skin lesions in my head which caused me some concern. I mentioned this to the "Provider" when I saw her on the pod. She asked if I'd been tested yet because she had ordered more testing for me? I again informed her that I had not been seen or tested by anyone... I communicated all of this to Nurse Donna.

During the week of March 14, 2023 I again met with "the provider" and advised her that I had noticed sever swelling in my face, feet, and hands. The Provider stated that the swelling was possibly a result of the salt in my diet and that I should drink more water.

On Monday, March 20, 2023 at about 6AM I woke up to shave and after removing my tee-shirt, I noticed a red pimple which my being of the age to have a memory of the "AIDS Epidemic"

Caused me to immediately begin to fear I'd contracted "Kaposis Sarcoma" a Death sentence, and will Die in this place.

(1) Relief: I pray this honorable Court to grant me relief in allowing me to proceed as a poor person. (2) Because of the fact that these files are open to the public, please allow me to protect (hid) my identity and proceed in filings using my initials MAJ. (3) Grant me immediate release on my own recognizance in order to protect (save) my life. (4) Award $15,000,000. - Fifteen million in damages for emotional pain and suffering. Award $10,000,000 - punitive, I'll be dead soon. My son needs to be able to bury me. (5) Any other such relief as deemed appropriate by the Court. (6) Plaintiffs oath or affirmation:

Without the benefit of a notary. I, ▓▓▓▓▓▓▓▓▓▓▓ do hereby swear and/or affirm that all the information contained in this motion is true to the best knowledge and belief. Under penalty of perjury.

Respectfully Submitted

88 002700 / 3/21/23

ONONDAGA COUNTY SHERIFF OFFICE
JUSTICE CENTER INMATE CORRESPONDENCE
555 SOUTH STATE STREET
SYRACUSE, NY 13202-2104

**U.S. DISTRICT COURT**
**JOHN M. DOMURAD, CLERK**

**RECEIVED**
MAR 23 2023

United States District Court
Northern District of New York
Clerks office
P.o. Box 7367
100 South Clinton Street
Syracuse, N.Y. 13261-7367

LCU-NP1
13261

FIRST-CLASS MAIL
AUTO
U.S. Postage Paid
SYRACUSE NY
PERMIT NO 1566