United States District Court
ATTN: Court Clerk
P.O. Box 7367
100 S. Clinton St.
Syracuse, NY 13261 - 7367


88002700
Onondaga County Justice Center Jail
555 S. State St.
Syracuse, NY. 13202


RE: Case # 9:23 - CV - 0342


June 10, 2023


To Whom It May Concern:

Please NOTE, the Correct Spelling for
Reverend "Gallway" is Galloway. (Page #3,
2nd paragraph from the bottom)
Thank You.

Yours Truly

88002700
Onondaga County Jail
555 S. State St.
Syracuse, N.Y. 13202

SYRACUSE NY 130

28 JUN 2023 PM 4 L

FOREVER / USA

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 30 2023

RECEIVED

legal Mail —
Confidential —

United States District Court
Attn: Court Clerk
P.O. Box 7367
100 S. Clinton St.
Syracuse, N.Y. 13261-7367

13261-610099