# United States District Court

NORTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL CASE

MHJ,

        Plaintiff,

        v.                CASE NUMBER:   9:23-CV-362 (BKS/ML)

WELLPATH; JOHN DOE; and JOHN S. DRAPIKOWSKI,

        Defendants

TO:   JOHN S. DRAPIKOWSKI, WELLPATH

a   lawsuit has been filed against you.   Within 60 days after service of this summons on you (not counting the day you received it) — you must  serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules  of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        MHJ - PLAINTIFF PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

_[signature]_
Clerk of Court

July 17,  2023
DATE

Nancy A. Steves
(BY) DEPUTY CLERK