

U.S. Department of Justice

United States Marshals Service

*Northern District of New York*

*Syracuse, NY 13261-7260*


DATE: 2/6/2024

TO: Clerk of the Court
Northern District of New York

FROM: Steve Seaman
Administrative Officer

SUBJECT: BILL OF COSTS
CASE 9: 23-CV-362


The United States Marshals Service fees for Service of Process in the above referenced case total $16.00.

Please retain this document on file and notify us in the event the plaintiff prevails in this action so that we can proceed to collect due costs in this matter.

Thank You.

SS