AO 154 (10/03) Substitution of Attorney – Rev. Civil 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

MHJ,

    Plaintiff(s),

V.

Wellpath; John Doe; and John S. Drapikowski,

    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 9:23-CV-362 (BKS/ML)

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, John S. Drapikowski, _(Party(s) Name)_ substitutes Paul A. Sanders _(Name of new attorney)_ as counsel of record in place of John E. Heisler, Jr. and Katherine B. Felice. _(Name of Attorney(s) withdrawing appearance)_

I consent to the above substitution.
Date: 3/11/24

*[Signature of Party(s): John S Drapikowski]*

I consent to being substituted.
Date: 11 March 2024

*[Signature of Former Attorney(s): John E. Heisler Jr., Katherine B. Felice]*

I consent to the above substitution.
Date: 03/11/2024

*[Signature of New Attorney(s)]*

The substitution of attorney is hereby approved and SO ORDERED.

Date: March 14, 2024

Brenda K. Sannes
Chief U.S. District Judge