April 24, 2024

Honorable Brenda K, Sans
United States District Court
Northern District Court of New York
100 S. Clinton Street,
Syracuse, New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 0 2 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Re: case number : 9:23-CV-326 (BKS/ML)

Dear Judge:

I am the pro se Plaintiff in the above referenced case. I write to respectfully request an extension of the time from March 29, 2024, ( the date I received the notice from the court), a new date ( to be determined by the court) to file interrogatories.

This is my first such request for an extension. I have not conferred with opposing counsel about this request for an extension. The reason for this request is: I have been unable to get legal representation on my own. I have written to the courts requesting the services of a pro bono attorney to assist me and hope to have a determination shortly.

I thank the Court in advance for its consideration.

Respectfully submitted,

M.    H. J.
Pro se plaintiff

cc: Wellpath, John S. Drapikowski, et al

MHJ
1258 W. Onondaga Ave.
Apt 1
Syracuse, NY. 13204

SYRACUSE NY 130
30 APR 2024 PM 3 L

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAY - 2 2024

RECEIVED

Hon. BRENDA K. Sannes, Chief Judge.
United States District Court
Northern District
100 S. Clinton Street
Syracuse, NY. 13261-6100

13261-610099