UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**MHJ,**

                *Plaintiff,*

      *v.*　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

**WELL PATH (ONONDAGA COUNTY JAIL**　　　Civil No.: 9:23-cv-00362-BKS-ML
**MEDICAL PROVIDER), JOHN DOE, and JOHN**
**S. DRAPIKOWSKI,**

                *Defendants.*

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the defendants, Wellpath (Onondaga County Jail Medical Provider) and John S. Drapikowski, in the above-captioned action.

    **PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that his name be placed on the Court's docket and mailing matrix.

    **PLEASE TAKE FURTHER NOTICE** that the above-named defendants do not waive any jurisdictional defenses.

**DATED:**　　May 9, 2024　　　　　**BARCLAY DAMON LLP**

                                        By:　　*s/ Amanda J. Miller*
                                                Amanda J. Miller

                                        *Attorneys for Defendants*
                                        *Wellpath (Onondaga County Jail*
                                        *Medical Provider) and John S. Drapikowski*
                                        Office and Post Office Address
                                        80 State Street
                                        Albany, New York 12207
                                        Tel:  (518)-429-4282
                                        Email: amiller@barclaydamon.com