UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MHJ

                              Plaintiff(s),

        -vs-                                        Civil Case No. 9-23-CV-362

Wellpath, John S. Drapikowski, et al

                              Defendant(s)

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        9-23-CV-362

        JUN 0 3 2024

AT_____ O'CLOC _____
John M. Domurad, Cl      racuse
```

---

## MOTION FOR APPOINTMENT OF COUNSEL

1. I hereby request a court-appointed attorney to represent me in this action.

2. I have contacted the following attorneys in my effort to obtain counsel:

Jose Perez, PC

Elise Vutdines

Tom Anelli & Associates, PLLC

NOTE:    You <u>must</u> first attempt to find an attorney on your own before you file a motion
         for appointment of counsel with the Court. *See Terminate Control Corp. v.
         Horowitz*, 28 F.23d 1335 (2d Cir. 1994)

    3.    I have attached to this motion the correspondence that I have received
from the attorneys listed above.

    4.    The reasons I believe I should be appointed counsel pro bono are as follows:

I am, unemployeed and indigent,  adn unable to afford to pay

for an attorney at this time. I have attempted to contact attorneys on my own

adn have not even received a call back.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/24/2024

                                         _____
                                             Signature of Plaintiff

M.J

1258 W. Belden Ave.

Apt#1

Syracuse, N.Y. 13204

SYRACUSE NY 130

30 MAY 2024 PM 1 L

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 0 3 2024

RECEIVED

U.S. District Court
Northern District of New York
P.O. Box 7367
Syracuse, NY 13261

13261-736767